[No. 55046-2-I.   Division One.   April 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR GARCIA MEDRANO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-09884-8, Charles W. Mertel, J., entered September 3, 2004. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 55064-1-I.   Division One.   April 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MAVIL F. RUIZ ET AL., *Defendants,* IVAN GUERRERO-MELCHOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-00546-5, Charles W. Mertel, J., entered September 8, 2004. *Reversed* by unpublished per curiam opinion.

[No. 55610-0-I.   Division One.   April 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID GORDON CANTRELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-08603-3, Linda Lau, J., entered January 24, 2005. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler, A.C.J., and Ellington, J.

[No. 55637-1-I.   Division One.   April 24, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. IVAN GUERRERO-MELCHOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-00769-7, Steven G. Scott, J., entered January 5, 2005. *Affirmed in part* and *remanded* by unpublished per curiam opinion.